## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-7978 PSG (Jcx) | | Date | January 25, 2011 |
|---|---|---|---|---|
| Title | Environment Furniture, Inc. v. Thomas Bina, *et al*. | | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) Order Denying Thomas Bina's *Ex Parte* Application**

On December 6, 2010, this Court issued an Order that, *inter alia*, set a briefing schedule on the issue of whether Thomas Bina should be sanctioned under Federal Rule of Civil Procedure 11. *See* Dkt. #106. Bina was to submit a brief by January 3, 2011, and Plaintiff Environment Furniture and other parties ("Counter-defendants") were to submit a separate brief by January 18, 2011. *See id.* After both briefs were submitted to the Court, Bina filed an *ex parte* application for leave to file a reply to Counter-defendants' brief before the Court ordered hearing set for January 31, 2011. *See* Dkt. #119. The Court did not request a reply brief and Bina will have adequate time at the hearing to address any concerns he might have with Counter-defendants' positions. Moreover, Bina has not adequately explained why *ex parte* relief is warranted in the present circumstances. *See Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

Based on the foregoing, the Court DENIES Thomas Bina's *ex parte* application for leave to file a reply to Counter-defendants' brief related to Rule 11 sanctions.

**IT IS SO ORDERED.**