JERRY KAPLAN, ESQ., SBN 49142
DAVID SCOTT KADIN, ESQ./SBN 90586
KAPLAN, KENEGOS & KADIN
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212
Telephone: (310)859-7700
Facsimile: (310)859-7773
email: kapkenkd@pacbell.net

Attorneys for Defendant/CounterClaimant Thomas BINA and Defendant Tatiana Ornellas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENVIRONMENT FURNITURE, INC. a California corporation,
Plaintiff,
vs.
THOMAS BINA, an individual; TATIANA ORNELLAS, an individual; FOUR HANDS, LLC, a Delaware limited liability company, dba IMPORTS BY FOUR HANDS, LLC; and, PUEBLO NATIVEO S.A. de C.V., aka SEGUSINO, a Mexican company.
Defendants.

THOMAS BINA,
Counterclaimant,
vs.
ENVIRONMENT FURNITURE, INC., GIOVANNI GALLIZIO; DAVIDE BERRUTO; SMANIA, S.p.A., an Italian corporation; ECLEXION INVESTMENTS, LLC, A California limited liability company; LAWRENCE EDWARD MINDELL,

Counterdefendants.

CASE NO. CV09-07978-PSG-JCx)

[Case Assigned to Honorable Philip S. Gutierrez, Dept. 790 (Roybal)]

**NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 4, 2011 ORDER RE PAYMENT OF RULE 11 SANCTIONS**

Hearing Date: January 31, 2011
Time: 3:30 p.m.
Dept: 880

Complaint filed: 10/30/09
Trial Date: 6/28/2011

TO THE HONORABLE PHILIP S. GUTIERREZ, UNITED STATES DISTRICT

COURT JUDGE:

Please take notice that Defendant/Counterclaimant THOMAS BINA and his attorneys Kaplan, Kenegos & Kadin have complied with the Court's February 4, 2011 order and have made payment to the United States District Court of the monetary sanctions ordered by the Court.

DATED: February 28, 2011

Respectfully submitted
KAPLAN, KENEGOS & KADIN

By: /s/ Jerry Kaplan
JERRY KAPLAN
DAVID SCOTT KADIN
Attorneys for
Defendant/Counterclaimant
THOMAS BINA and Defendant
TATIANA ORNELLAS

2

NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 4, 2011 ORDER RE PAYMENT OF RULE 11 SANCTIONS

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On February 28, 2011, I served the foregoing document described as **NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 4, 2011 ORDER RE PAYMENT OF RULE 11 SANCTIONS** on the parties in this action by placing a copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED

[ ] BY PERSONAL SERVICE - I caused such envelope to be delivered to the addressee above.

[X] BY U.S. MAIL

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on February 28, 2011, at Beverly Hills, California.

/s/Yvette Nisbet
YVETTE NISBET

PROOF OF SERVICE

Gerald A. Griffin, Esq.
Gary E. Scalabrini, Esq.
GIBBS, GIDEN, LOCHER, TURNRE & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621
Fax: (310)552-0805
Attorneys for Environment Furniture, Inc., Eclexion Investments, LLC and Smania S.p.A

William Pallares, Esq.
Bartley Becker, Esq.
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Attorneys for Lawrence Mindell

Mitchell J. Green, Esq.
CURTIS & GREEN, LLP
1101 Fifth Ave, Suite 310
San Rafael, CA 94901
Tel: 415.456.4600 / Fax: 415.455.2070
Email: mgreen@curtisgreenlaw.com

Attorneys for FOUR HANDS, LLC dba IMPORTS BY FOUR HANDS

Andrew D. Morrison, Esq.
Ross & Morrison
315 S. Beverly Dr., Ste. 410
Beverly Hills, CA 90212 Fax: 310.285.6083
Attorneys for Giovanni Gallizio and Davide Berruto